# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHANICQUA BRYANT, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-2957 |
| | : | |
| MONTGOMERY COUNTY | : | |
| CHILDREN & YOUTH, | : | |
|     Defendant. | : | |

## ORDER

AND NOW, this 12th day of December, 2022, upon consideration of Plaintiff Shanicqua Bryant's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

                                                **BY THE COURT:**

                                                /s/Wendy Beetlestone, J.

                                                **WENDY BEETLESTONE, J.**